930 P.2d 1304

PRINCESS PLAZA PARTNERS, an Arizona general partnership, Plaintiff–Appellee,

v.

STATE of Arizona, Arizona State Land Department, City of Scottsdale, a municipal corporation, Defendants–Appellants.

PRINCESS PLAZA PARTNERS, an Arizona general partnership, Plaintiff–Counterdefendant–Appellee,

v.

STATE of Arizona, Arizona State Land Department, City of Scottsdale, a municipal corporation, Defendants, Counterclaimants–Appellants.

No. CV–96–0124–PR.

Supreme Court of Arizona.

Jan. 7, 1997.

**ORDER**

A Petition for Review was filed on February 28, 1996 by Appellee Princess Plaza Partners. A "Notice of Settlement" was filed on March 25, 1996 by Appellee Princess Plaza Partners. A "Stipulation for Dismissal with Prejudice" was filed by the parties and a "Satisfaction of Judgment" was filed by Appellants State et al on July 2, 1996.

IT IS ORDERED that the Petition for Review in this matter is dismissed with prejudice.

/s/ Frederick J. Martone
Frederick J. Martone
Justice

930 P.2d 1304

Larry Wayne LINCH and Gina Marie Linch, husband and wife; individually and on behalf of Michael Christopher Linch and Kaley Marie Linch, as their parents and natural guardians, Plaintiffs/Appellants,

v.

THOMAS–DAVIS MEDICAL CENTERS, P.C., an Arizona corporation; Snell & Wilmer, L.L.P.; Dr. Margaret Sutherland and Dr. Janet MacGregor, Defendants/Appellees.

No. CV–96–0237–PR.

Supreme Court of Arizona.

Jan. 16, 1997.

**ORDER**

After hearing oral argument and considering further the pleadings filed, it appears to the Court that the grant of review in this case was improvident. Therefore,

IT IS ORDERED that the order granting review is vacated.

IT IS FURTHER ORDERED that the Petition for Review is denied.

/s/ Thomas A. Zlaket
Thomas A. Zlaket
Chief Justice